No. 4148.—PUEBLO, apldo., *v.* MATTEI, aplte.—C. D. Ponce. Acometimiento y agresión con circunstancias agravantes. Mayo 7, 1930.

No. 4149.—PUEBLO, apldo., *v.* MATTEI, aplte.—C. D. Ponce. Acometimiento y agresión con circunstancias agravantes. Mayo 7, 1930.

No. 4128.—PUEBLO, apldo., *v.* MÁRQUEZ, aplte.—C. D. San Juan. Hurto menor. Mayo 12, 1930.

No. 5327.—SAAVEDRA, apldo., *v.* PORTO RICO TELEPHONE COMPANY, aplte.—C. D. Aguadilla. Daños y perjuicios. Mayo 12, 1930.

No. 4915.—CRUZ, VDA. DE IGLESIAS, aplda., *v.* MUNICIPIO DE SAN JUAN, ETC., aplte.—C. D. San Juan. *Injunction* para recobrar la posesión material de propiedad inmueble. Mayo 19, 1930.

No. 4763.—ACEVEDO ET AL., peticionarios, *v.* CORTE MUNICIPAL DE YABUCOA, demandada.—C. D. Humacao. *Certiorari.* Mayo 19, 1930.

Por desistida la apelante.

No. 4758.—SALVÁ ET AL., apltes., *v.* CORTE MUNICIPAL DE HUMACAO, aplda. C. D. Humacao. *Certiorari.* Mayo 19, 1930.

Por desistida la apelante.

No. 4757.—SUÁREZ ET AL., apltes., *v.* CORTE DE PAZ DE NAGUABO, aplda.—C. D. Humacao. *Certiorari.* Mayo 19, 1930.

Por desistida la apelante.

No. 4796.—SALVÁ ET ALS., apltes., *v.* CORTE MUNICIPAL DE HUMACAO, aplda. C. D. Humacao. *Certiorari.* Mayo 19, 1930.

No. 5178.—ALVAREZ, aplte., *v.* ASAMBLEA MUNICIPAL DE PONCE, aplda.—C. D. Ponce. *Certiorari.* Mayo 19, 1930.

No. 4176.—PUEBLO, apldo., *v.* AGOSTO, aplte.—C. D. Arecibo. Portar armas. Mayo 20, 1930.

No. 4130.—PUEBLO, aplte., *v.* RIVERA SANTIAGO, aplda.—C. D. Ponce. Violación. Mayo 21, 1930.